IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PTG NEVADA, LLC, | ) |
| Plaintiff, | ) Case No.: 16-cv-1621 |
| v. | ) |
| | ) Judge Sara L. Ellis |
| WAI CHAN, JOHN PURFER, RANDY PAXTON, STEPHANI FEDOROVICH and MICHAEL AFFRUNTI, | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RANDY PAXTON

Plaintiff, PTG Nevada, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Randy Paxton a/k/a the Doe Defendant associated with Internet Protocol address 50.158.237.153 (Doe No. 17). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Defendants at this time.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: October 19, 2016    PTG NEVADA, LLC

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Mark A. Cisek (Bar No. 6242683)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
PTG Nevada, LLC

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Defendant Randy Paxton was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 19, 2016.

                s/Michael A. Hierl