IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PTG NEVADA, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 16-cv-1621 |
| | ) |
| v. | ) |
| | ) Judge Sara L. Ellis |
| WAI CHAN, JOHN PURFER, RANDY PAXTON, STEPHANI FEDOROVICH and MICHAEL AFFRUNTI, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF MOTION FOR
ENTRY OF DEFAULT JUDGMENT AND DAMAGES**

PLEASE TAKE NOTICE that on Wednesday, January 18, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sara L. Ellis in the courtroom usually occupied by her, Room 1403, in the United States District Courthouse at 219 South Dearborn Street, Chicago, IL and present the accompanying Plaintiff's Motion for Default against Defendants Wai Chan and Stephani Fedorovich.

Respectfully submitted,

Dated: January 11, 2017          PTG NEVADA, LLC


By:   s/Michael A. Hierl
      Michael A. Hierl (Bar No. 3128021)
      Mark A. Cisek (Bar No. 62426683)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com

      Attorneys for Plaintiff
      PTG Nevada, LLC

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 11, 2016, and by U.S. Mail and FedEx Delivery on January 11, 2016 upon:

Stephani Fedorovich
1304 Carlson Drive
Streamwood, IL 60107

and

Wai Chan
7825 Churchill Street
Morton Grove, IL 60053

s/Michael A. Hierl